

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FTB
F. #2019R01130

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 28, 2022

<u>By ECF and E-mail</u>

The Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

   Re: United States v. Stuart Conklin
     <u>Criminal Docket No. 22-171 (JS)</u>

Dear Judge Seybert:

  The parties in the above-referenced case write jointly and respectfully to request an adjournment of the status conference scheduled for today, October 28, 2022, until January 20, 2023 at 10:30 a.m.  As grounds for this request, the parties can report that counsel for the defendant remains engaged in an ongoing criminal trial in New York State court.  As such, the additional time is necessary to permit counsel to continue to review discovery and for the parties to engage in plea negotiations which have the prospect of producing a resolution of this matter short of trial – two important endeavors that have been necessarily affected by counsel's trial commitments.  The undersigned has conferred with counsel for the defendant, who joins in this request and who consents, on behalf of his client, to the exclusion of time under the Speedy Trial Act from today until January 20, 2022.

Accordingly, the parties jointly and respectfully request that the Court adjourn the conference until that date. Thank you for the Court's attention to this matter.

        Respectfully submitted,

        BREON PEACE
        United States Attorney

By:   /s/ F. Turner Buford
        F. Turner Buford
        Assistant U.S. Attorney
        (718) 254-6483

cc:    Anthony La Pinta, Esq. (by E-mail and ECF)