

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FTB
F. #2019R01130

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 1, 2023

By FedEx and ECF

Anthony M. La Pinta, Esq.
Reynolds, Caronia, Gianelli & La Pinta, P.C.
200 Vanderbilt Motor Parkway, Suite C-17
Hauppauge, NY  11788

    Re: United States v. Stuart Conklin
       Criminal Docket No. 22-171 (JS)

Dear Tony:

  Pursuant to your requests, enclosed please find additional discovery materials in connection with the above-referenced case.  Specifically, enclosed are additional email .pst files for a certain former LIRR employee (these are contained in a folder Bates labeled 000004111); certain track plan revision documents (Bates labeled 0000004112-4177); notes from a witness interview (Bates labeled 0000004178-4179); and a media file reflecting a non-vital playback for a hut-entry alarm from April 3, 2019 (Bates labeled 0000004180).  The government understands that, for this latter item, this is the only such record available for the time prior to May 25, 2019.  Please let me know if you have any trouble accessing the materials.

            Very truly yours,

            BREON PEACE
            United States Attorney

        By:  /s/ F. Turner Buford
           F. Turner Buford
           Assistant U.S. Attorney
           (718) 254-6483

Enclosures

cc:  Clerk of the Court (JS) (by ECF) (without enclosures)