

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FTB
F. #2019R01130

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 16, 2023

<u>By FedEx and ECF</u>

Anthony M. La Pinta, Esq.
Reynolds, Caronia, Gianelli & La Pinta, P.C.
200 Vanderbilt Motor Parkway, Suite C-17
Hauppauge, NY  11788

    Re: <u>United States v. Stuart Conklin</u>
       <u>Criminal Docket No. 22-171 (JS)</u>

Dear Tony:

  Enclosed please find additional discovery materials in connection with the above-referenced case.  The enclosed materials are largely cumulative of documents and materials that have been previously produced, but are re-produced here in an abundance of caution.  Some documents, records, and materials are newly produced here, however, and are included in among other places, the sub-folder labeled "Investigative Reports and Files" (Bates labeled 0000004931-0000006089).  These materials include certain witness statements and an investigative committee report.  Please let me know if you have any trouble accessing the materials.

            Very truly yours,

            BREON PEACE
            United States Attorney

      By:  /s/ F. Turner Buford
          F. Turner Buford
          Assistant U.S. Attorney
          (718) 254-6483

Enclosures

cc: Clerk of the Court (JS) (by ECF) (without enclosures)