Criminal Proceeding Minute Entry (rev. 1/23 (elr))                                                                 Page 1 of 5

# UNITED STATES DISTRICT COURT
## Eastern District of New York

UNITED STATES OF AMERICA
- v -
_____ Stuart Conklin _____

Presiding Judge: __**Joanna Seybert, Senior U.S.D.J.**__
Case No(s).: __**22-cr-0171-JS-ARL**__
Date: __**3/30/2023**__
Start Time: __**10:35 AM**__   Total Time: _5 mins._

### MINUTE ENTRY FOR A CRIMINAL PROCEEDING

### SEALED PROCEEDING: ☐ Yes  ☑ No

## I. APPEARANCES:

Defendant (# __1__ ): **Stuart Conklin** _____
☑ Present  ☐ Not Present  ☐ In Custody  ☑ On Bond  ☐ Surrendered

Counsel: **Anthony LaPinta** _____
☑ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

Defendant (# ____ ): _____
☐ Present  ☐ Not Present  ☐ In Custody  ☐ On Bond  ☐ Surrendered

Counsel: _____
☐ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

Defendant (# ____ ): _____
☐ Present  ☐ Not Present  ☐ In Custody  ☐ On Bond  ☐ Surrendered

Counsel: _____
☐ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

Defendant (# ____ ): _____
☐ Present  ☐ Not Present  ☐ In Custody  ☐ On Bond  ☐ Surrendered

Counsel: _____
☐ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

Government: **F. Turner Buford** _____

Court Reporter: **Paul Lombardi** _____

Pretrial/Probation: _____

FTR Time: _____

Interpreter: _____ Language: _____

Courtroom Deputy: Eric L. Russo _____

☐ See Additional Appearances page.

## II. PROCEEDINGS HELD:

☐ In-Person
☑ By Telephone

☐ Arraignment
☐ Bond Hearing
☐ Curcio Hearing
☐ Detention Hearing

☐ Evidentiary Hearing
☐ Fatico Hearing
☐ Initial Appearance
☐ Motion Hearing

☐ Plea Hearing
☐ Sentencing/Re-Sentencing
☑ Status/Pre-Trial Conference

☐ Other Proceeding: _____

## III. PROCEEDINGS SUMMARY:

☐ Arraignment held regarding _____.

  ☐ Defendant _____ initial appearance before this Court.

  ☐ Defendant _____ waived Indictment. Waiver(s) executed.

  ☐ Defendant _____ waived the public reading of the charging instrument.

  ☐ The Court read the charges outlined in the charging instrument and the defendant(s) acknowledged the charges.

  ☐ Defendant _____ entered a plea of <u>NOT GUILTY</u> as to all counts of the charging instrument.

  ☐ The Government was advised and acknowledged its obligation under <u>Rule 5(f) of the F.R.Cr.P.</u> and the <u>Due Process Protections Act</u>. The Court will issue a written order with further details.

  ☐ Defendant _____ waived Speedy Trial from _____. (_Excludable Code_: ____ )

  ☐ Defendant _____ did not waive Speedy Trial.

  ☐ Speedy Trial for Defendant _____ waived from _____ by order of the Court. (_Excludable Code_: ____ )

  ☐ The Court deems (or previously deemed) this case complex.

    ☐ Speedy Trial for Defendant _____ is waived pursuant to <u>18 U.S.C. § 3161(h)(7)(B)(ii)</u>. (_Excludable Code_: <u>XT</u>)

  ☐ See Section V of this minute entry (_page 5_) for additional details and/or rulings.

☐ Curcio Hearing held.
   ☐ The parties presented their oral arguments to the Court.
   ☐ The defendant was informed of the potential dangers arising from any conflicts of interest with current defense counsel.
   ☐ The defendant acknowledged and waived any potential conflicts of interest and wishes to proceed with current defense counsel.
   ☐ The defendant wishes to relieve current defense counsel and:
      ☐ retain new counsel.
         ☐ Defendant must retain new counsel by _____; or within _____ of this hearing.
      ☐ have new counsel appointed by the Court.
         ☐ The defendant completed and filed a CJA 23 Financial Affidavit for the Court's review.
   ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
   ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

☑ Status/Pre-Trial Conference held regarding the charges outlined in the Indictment filed 4/13/2022 _____.
   ☐ This was an initial appearance before this Court by Defendant _____.
   ☑ The parties advised the Court of the status of the case.
   ☑ Defendant _____1_____ waived Speedy Trial from **3/30/2023 to 7/11/2023** . (*Excludable Code*: **XT** )
   ☐ Defendant _____ did not waive Speedy Trial.
   ☐ Speedy Trial for Defendant _____ waived from _____ by order of the Court. (*Excludable Code*: ____ )
   ☐ The Court deems (or previously deemed) this case complex.
      ☐ Speedy Trial for Defendant _____ is waived pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). (*Excludable Code*: **XT** )
   ☐ The following briefing schedule was set:
      ☐ _____ due by: _____.
      ☐ _____ due by: _____.
      ☐ _____ due by: _____.
      ☐ _____ due by: _____.
   ☐ The parties were directed to file a proposed briefing schedule for this Court's approval on or before _____.
   ☐ The Court deems (or previously deemed) this case trial ready.
      ☐ The Court set the following pre-trial submission schedule:
         ☐ All 3500 material and 404(b) evidence shall be turned over by: _____.
         ☐ Motions in Limine shall be filed by: _____.
         ☐ Oppositions to Motions in Limine due by: _____.
         ☐ Replies to Motions in Limine due by: _____.
         ☐ Proposed Voir Dire questions and case summary due by: _____.
         ☐ Proposed exhibits and witness list due by: _____.
         ☐ Requests to Charge and proposed Verdict Sheets: _____.
      ☐ The Court will enter a separate order outlining the pre-trial submission schedule.
   ☐ The parties are to ensure courtesy copies of their submissions (outlined above) are promptly provided to Chambers.
      (**Note**: Attaching the documents to an e-mail does not satisfy this directive.)
   ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

☐ Evidentiary/Motion Hearing held regarding _____.
   ☐ The parties presented their oral arguments to the Court.
   ☐ Witness(es) were called ☐ for the Government; ☐ for the defendant(s).
   ☐ Exhibits were entered into evidence.
   ☐ The Court made the following ruling(s): ☐ Motion granted; ☐ Motion denied; ☐ Motion granted, in part, and denied, in part.
      ☐

   ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
   ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

☐ Plea Hearing held as to count(s) _____.
    ☐ The defendant was informed of the constitutional rights being waived and any potential consequences of pleading guilty.
    ☐ The defendant withdrew previously entered not guilty plea and entered a plea of <u>GUILTY</u> to the above referenced count(s).
    ☐ Court found that the there is a factual basis for the plea and accepted the defendant's plea of guilty.
    ☐ An Order of Forfeiture was executed.
    ☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
    ☐ The parties waived the preparation of the Presentence Investigation Report.
    ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

☐ Fatico Hearing held.
    ☐ The parties presented their oral arguments to the Court.
    ☐ Witness(es) were called ☐ for the Government; ☐ for the defendant(s).
    ☐ Exhibits were entered into evidence.
    ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
    ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

☐ Sentencing/Re-Sentencing held as to count(s) _____.
    ☐ The parties advised the Court that there are no objections to the Presentence Investigation Report.
    ☐ The parties outlined their objections to the Presentence Investigation Report on the record.
    ☐ The Court adopted the Presentence Investigation Report without change.
    ☐ The Court outlined changes to the Presentence Investigation Report on the record.
    ☐ Statements were heard from ☐ defense counsel; ☐ the defendant; ☐ the Government; ☐ the victim(s); ☐ others.
    ☐ The defendant was sentenced to <u>IMPRISONMENT</u> for a total term of _____.
        ☐ Upon release, the defendant shall be on <u>SUPERVISED RELEASE</u> for a total term of _____.
            ☐ The defendant shall comply with the standard conditions of supervision (to be outlined in the judgment).
            ☐ The defendant shall comply with the special conditions of supervision ordered by the Court (to be outlined in the judgment).
        ☐ The Court did not impose a term of Supervised Release.
    ☐ The defendant was sentenced to <u>PROBATION</u> for a total term of _____.
        ☐ The defendant shall comply with the standard conditions of supervision (to be outlined in the judgment).
        ☐ The defendant shall comply with the special conditions of supervision ordered by the Court (to be outlined in the judgment).
    ☐ The defendant must pay the following criminal monetary penalties:
        ☐ <u>RESTITUTION</u> in the amount of        $ _____.
            ☐ An Order of Restitution was executed.
        ☐ A <u>FINE</u> in the amount of           $ _____.
        ☐ A <u>SPECIAL ASSESSMENT</u> fine in the amount of $ _____.
        ☐ An <u>AVAA ASSESSMENT</u> fine in the amount of  $ _____.
        ☐ A <u>JVTA ASSESSMENT</u> fine in the amount of   $ _____.
    ☐ The <u>interest requirement</u> on any of the criminal monetary penalties:
        ☐ was ordered on the amounts of more than $2,500.00.
        ☐ Was modified, as stated on the record.
        ☐ was waived/not ordered/not applicable.
    ☐ Restitution ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
    ☐ A fine and/or other assessment ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
    ☐ The determination of Restitution and/or a fine was deferred pending further proceedings or by motion to the Court.
    ☐ All other conditions shall remain in effect as previously ordered and outlined in the judgment(s) dated _____.
    ☐ The Order of Forfeiture dated _____ was adopted as the Final Order of Forfeiture.
    ☐ A Final Order of Forfeiture was executed.
    ☐ The defendant's <u>right to appeal</u> the Court's sentence
        ☐ was <u>waived</u> pursuant to the Plea Agreement.
        ☐ was <u>not waived</u> and the defendant can file an appeal within **fourteen (14) days** of the date the judgment is entered.
    ☐ All open counts in the charging instrument(s) were dismissed on the motion of the United States.
    ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

## IV. RULINGS MADE REGARDING DEFENDANT RELEASE STATUS:

☐ Bond Hearing/Detention Hearing held.
- ☐ Defendant _____ did not present a bond application to the Court.
  - ☐ An Order of Detention was executed as to Defendant _____.
  - ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
- ☐ The bond application/modification was granted as to Defendant _____.
  - ☐ An Order Setting Conditions of Release and Bond was executed as to Defendant _____.
  - ☐ The conditions of release were modified as stated on the record as to Defendant _____.
  - ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
- ☐ The bond application/modification was denied as to Defendant _____.
  - ☐ An Order of Detention was executed as to Defendant _____.
- ☐ The Government moved for immediate detention of Defendant _____.
  - ☐ The motion was ☐ granted; ☐ denied; ☐ granted, in part, and denied, in part.
  - ☐ An Arrest Warrant was executed as to Defendant _____.
  - ☐ An Order of Detention was executed as to Defendant _____.
  - ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
- ☐ The decision regarding the bond or detention application was reserved.
  - ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
  - ☐ A temporary Order Setting Conditions of Release and Bond was executed as to Defendant _____.
- ☐ See Section V of this minute entry (*page 5*) for additional details and/or rulings.

### For a defendant currently IN-CUSTODY:

☐ Defendant _____ remain(s) in custody.

☐ The following order(s) was/were executed and shall be forwarded to the U.S. Marshals Service and/or the Federal Bureau of Prisons:
- ☐ A Medical Evaluation Order as to Defendant _____.
- ☐ A Competency Order as to Defendant _____.
- ☐ A Force Order as to Defendant _____.

☐ The defendant, being sentenced to <u>time served</u> (*time in-custody prior to sentencing/re-sentencing*), shall be released, forthwith.
- ☐ A Time Served Order was executed and submitted to the U.S. Marshals Service.
- ☐ Upon release, the defendant will be <u>under supervision of the U.S. Probation Department</u> until the completion of the ordered term of <u>Supervised Release</u>.
- ☐ Upon release, the defendant will not serve a term of Supervised Release.

### For a defendant currently AT LIBERTY:

☑ Defendant _____1_____ remain(s) on bond.

☐ The defendant, being sentenced to a <u>term of imprisonment</u>, shall be immediately remanded to the custody of the U.S. Marshals Service and/or the Federal Bureau of Prisons.

☐ The defendant, being sentenced to a <u>term of imprisonment</u>, shall surrender for the service of the sentence before **2:00 PM on** _____ at the institution designated by the Federal Bureau of Prisons. The defendant will <u>remain at liberty</u> and <u>under supervision of the Pretrial Services Department</u> until the surrender date.
- ☐ The U.S. Marshals Voluntary Surrender form was executed.
- ☐ Motions to extend the surrender date must be made at least a **thirty (30) days** prior to the surrender date.
- ☐ The defendant was advised that there will be no extensions of the surrender date.

☐ The defendant, being sentenced to a <u>term of Probation</u>, will <u>remain at liberty</u> and <u>under supervision of the U.S. Probation Department</u> until the completion of the ordered term of <u>Probation</u>.

☐ The defendant, being sentenced to <u>time served</u> (*time in-custody prior to being released*), shall <u>remain at liberty</u> and <u>under supervision of the U.S. Probation Department</u> until the completion of the ordered term of <u>Supervised Release</u>.

☐ The defendant, being sentenced to <u>time served</u> (*time in-custody prior to being released as well as time under supervision*), shall be released from all conditions of supervision, forthwith.

## V. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ The record of this proceeding was deemed sealed. Transcripts of this proceeding can be made available to the Court, the defendant(s), defense counsel, and the Government **ONLY**. Any other non-party who wishes to get a copy of the transcripts must file a written request to the Court for consideration.

☐

## VI. FURTHER PROCEEDINGS SET:

☐ Bond Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Detention Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Curcio Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☑ Status/Pre-Trial Conf.: __7/11/2023__ at __10:30AM__ before Judge **Joanna Seybert** **(By telephone.**), as to Defendant ___1___.
☐ Evidentiary Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Motion Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Jury Selection: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Jury Trial: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Plea Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Fatico Hearing: _____ at _____ before Judge _____ (_____), as to Defendant _____.
☐ Sentencing/Re-Sentencing: _____ at _____ before Judge _____ (_____), as to Defendant _____.

☐ Parties are directed to file their sentencing memorandums by _____. Once the memorandums are filed, the parties are to ensure courtesy copies of their submissions are promptly provided to Chambers. (**Note**: Attaching the documents to an e-mail does not satisfy this directive.) If a party chooses to proceed without filing a sentencing memorandum, a letter to the Court advising as such must be filed on said due date, in lieu of the memorandum.

☑ Further instructions regarding the proceeding(s) set:

☑ The Court ordered the proceeding(s) to be held via the Court's teleconferencing system. Parties are directed to dial the following telephone number at the designated time: **877-336-1839, access code 7231185**.

☐

☐ No further proceedings have been set at this time. (**Note**: Further proceedings may have been set previously. Refer to the docket sheet.)